IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE YORK; JEFF KNAPP; ED KOCH; MIKE BURRIS; BRAD DUNLAP; WENDELL CUNNINGHAM; ADAM WELLIVER; and MIKE RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OKLAHOMA CITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIV-03-1484-R<br>)<br>)<br>)<br>) |

## VERDICT

We, the Jury duly empaneled in the above-entitled cause, find as follows on the Plaintiffs' claim for violation of the Fair Labor Standards Act:

_____   In favor of the Plaintiffs, Steve York, Jeff Knapp, Ed Koch, Mike Burris, Brad Dunlap, Wendell Cunningham, Adam Welliver and Mike Richardson, and the 534 additional plaintiffs they represent.

or

__X__   In favor of the Defendant, City of Oklahoma City.


17 Sept. 2004
DATE

_____
FOREMAN/FOREWOMAN
Brian H. Decker